IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DeJARVOUS W. GLENN,                        )
                                           )
          Plaintiff,                       )
                                           )
     v.                                    )        CIVIL ACTION NO. 1:19-CV-967-WHA
                                           )
HOUSTON COUNTY, *et al.*,                  )
                                           )
          Defendants.                      )

# O R D E R

This case is before the court on a Recommendation of the Magistrate Judge entered on February 4, 2020. Doc. 4. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered separately.

Done, this 27th day of February 2020.


          ___/s/  W. Harold Albritton_____
          W. HAROLD ALBRITTON
          SENIOR UNITED STATES DISTRICT JUDGE